**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1190**

———————

TONY BERT TANG,

           Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

           Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.

———————

Submitted:  September 19, 2014      Decided:  October 2, 2014

———————

Before WYNN and FLOYD, Circuit Judges, and DAVIS, Senior Circuit
Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Oleh R. Tustaniwsky, Brooklyn, New York, for Petitioner.  Stuart
F. Delery, Assistant Attorney General, Mary Jane Candaux,
Assistant Director, Robbin K. Blaya, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Bert Tang, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's decision denying his requests for asylum and withholding of removal.* We have thoroughly reviewed the record, including the various documentary exhibits relevant to country conditions in Indonesia and the transcript of Tang's merits hearing. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, see 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Tang (B.I.A. Feb. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

* Tang does not challenge the denial of relief under the Convention Against Torture. Accordingly, review of that issue is waived. Ngarurih v. Ashcroft, 371 F.3d 182, 189 n.7 (4th Cir. 2004).